UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-269-DMG (RAOx)** | Date | April 8, 2019 |
|---|---|---|---|

| Title | *Chris Langer v. Payam Javaheri, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On February 21, 2019, the Court issued an Order setting a Scheduling Conference in this case [Doc. # 21.] That Order required the parties to file a Joint Rule 26(f) Report and warned that "[t]he failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." Id. at 4.

On March 29, 2019, Plaintiff and Defendant Payam Javaheri filed a Joint Rule 26(f) report. The report noted thatDefendant Pablo Garcia did not participate in the drafting of the report. Defendant Pablo Garcia is ordered to show cause, in a written response filed by no later than **April 22, 2019,** why sanctions should not be imposed for his failure to cooperate in the filing of the joint report. Failure to timely file a written response to this Order will result in the striking of Defendant Pablo Garcia's Answer and entry of default. The filing of a proper **Joint** Rule 26(f) Report by the above deadline will be deemed an adequate response.

The April 12, 2019 Scheduling Conference is VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.